Jonathan S. Morse, Esq. (SBN 74812)
THE MORSE LAW GROUP
2828 Donald Douglas Loop North
Second Floor
Santa Monica, California 90405
Tel (310) 392-5000
Fax (310) 392-8091

Attorneys for Plaintiff, American National
Property and Casualty Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, a Missouri corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>DRAGONFLY VENTURES, INC., a California corporation, et al.<br><br>       Defendants. | CASE NO. 2:06-cv-00356<br><br>ORDER |

ORDER

The parties having stipulated and good causes to me appearing.

It is hereby ORDERED that Flying Vikings, Inc. be dismissed without prejudice, each side to bear their own costs and attorneys' fees.

Dated: April 20, 2006

*William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

G:\DOCS\SHU\DSHU2\inBOX\Signed\dragonfly.wpd

Bailey & Partners     DEMAND FOR JURY TRIAL