LAW OFFICES
**THE MILES LAW FIRM**
SUITE 301
3838 WATT AVE
SACRAMENTO, CA. 95821-2663

Telephone 916-973-9674
Fax 916-973-9684
www.milesfirm.com

Lawrence W. Miles, Jr. *(larry@milesfirm.com)*
Brady D. McLeod *(brady@milesfirm.com)*

**RECEIVED**

JUN - 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____DEPUTY CLERK

May 31, 2006

The Honorable William B. Shubb
United States District Judge
501 I Street, Suite. 4-200
Sacramento, CA 95814

Re:  Order Extending Time for Disclosures
     *American National Property and Casualty v. Dragonfly, et. al.*
     *(CIV 2:06-CV-0356 WBS JFM)*

Judge Shubb:

Per your request at the hearing on the Motion to Dismiss in the above entitled matter, please find enclosed for your review and issuance an Order Extending Time for Rule 26 Disclosures. At our hearing, all counsel agreed that the foregoing disclosures should be continued two weeks from their due date, pending the ruling of the Court on the Motion to Dismiss, and the Court so ordered.

Thank you for your courtesies in this matter.

Kindest Regards,

Lawrence W. Miles, Jr.

LWM/me
Enc.: Order Extending Time for Rule 26 Disclostres

**FILED**

JUN - 5 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, a Missouri corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DRAGONFLY VENTURES, INC., a California corporation and doing business as RANCHO ROTORS; CHESTER PETERSON, individually and doing business as Rancho Rotors; ALLEN L. MASON, SARA CATTO, individually and through her Guardian ad Litem, CRAIG CATTO, KIMBERLY SANDERS, individually and as guardian ad Litem for ELISE SANDERS, FLYING VIKINGS INCORPORATED; DENNIS SANDERS, BRIAN SANDERS, SANDERS AIRCRAFT TECHNOLOGIES, INC.; SANDERS AIRCRAFT, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:06-CV-00356 WBS-PAN<br><br>**ORDER EXTENDING TIME FOR RULE 26 DISCLOSURES** |

The Status (Pre-Trial Scheduling) Order previously issued by the Court dated May 8, 2006, is amended as follows:

The parties shall serve the initial disclosures required by Fed. R. Civ. P. 26 (a)(1) no later than June 13, 2006.

The parties shall disclose experts and produce reports in accordance with Fed. R. Civ. P. 26(a)(2) no later than July 14, 2006.

DATED: June 5, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROOF OF SERVICE
AMERICAN NATIONAL v. DRAGONFLY VENTURES ET AL.
Case No.: 2:06-cv-00356 WBS-PAN