**Robert E. Davies, Esq. (California Bar No. 106810)**
**Mary A. Stewart, Esq. (California Bar No. 106758)**
**Caulfield, Davies & Donahue, LLP**
**P.O. Box 277010**
**Sacramento, California 95827-7010**
**Telephone: (916) 817-2900**
**Facsimile: (916) 817-2644**
**E-mail: rdavies@cddlaw.com**

**Attorneys for Defendants, DENNIS SANDERS, BRIAN SANDERS,**
**SANDERS AIRCRAFT TECHNOLOGIES, INC. and**
**SANDERS AIRCRAFT, INC.**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, a Missouri corporation,<br><br>        Plaintiff,<br><br>v.<br><br>DRAGONFLY VENTURES, INC., a California corporation and doing business as RANCHO ROTORS; CHESTER PETERSON, individually and doing business as Rancho Rotors; ALLEN L. MASON, SARA CATTO, individually and through her Guardian ad Litem, CRAIG CATTO, KIMBERLY SANDERS, individually and as guardian ad Litem for ELISE SANDERS, FLYING VIKINGS INCORPORATED; DENNIS SANDERS, BRIAN SANDERS, SANDERS AIRCRAFT TECHNOLOGIES, INC., SANDERS AIRCRAFT, INC. and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE No. 2:06-CV-00356-WBS-PAN<br><br>**ORDER ON STIPULATION RE DISMISSAL OF DEFENDANTS DENNIS SANDERS, BRIAN SANDERS, SANDERS AIRCRAFT TECHNOLOGIES, INC. AND SANDERS AIRCRAFT, INC.**<br><br>**Trial Date:    June 12, 2007** |

[PROPOSED] ORDER ON STIPULATION RE DISMISSAL OF DEFENDANTS BRIAN SANDERS, DENNIS SANDERS, SANDERS AIRCRAFT TECHNOLOGIES, INC. AND SANDERS AIRCRAFT, INC. - CASE No. 2:06-CV-00356

Page 1

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The parties having stipulated and good cause to me appearing:

It is hereby ORDERED that Defendants Dennis Sanders, Brian Sanders, Sanders Aircraft Technologies, Inc. and Sanders Aircraft, Inc. be dismissed without prejudice, each side to bear their own costs and attorney's fees, pursuant to the terms of the Stipulation re: Dismissal of Defendants Dennis Sanders, Brian Sanders, Sanders Aircraft Technologies, Inc. and Sanders Aircraft, Inc. executed on behalf of Plaintiff on April 27, 2007 and on behalf of Defendants Dennis Sanders, Brian Sanders, Sanders Aircraft Technologies, Inc. and Sanders Aircraft, Inc. on April 30, 2007.

**IT IS SO ORDERED.**

Dated: May 14, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com