1  Robert E. Davies, Esq. (California Bar No. 106810)
   Mary A. Stewart, Esq.  (California Bar No. 106758)
2  Caulfield, Davies & Donahue, LLP
   P.O. Box 277010
3  Sacramento, California 95827-7010
   Telephone: (916) 817-2900
4  Facsimile:  (916) 817-2644
   E-mail: rdavies@cddlaw.com
5
6  Attorneys for Defendants, DENNIS SANDERS, BRIAN SANDERS,
   SANDERS AIRCRAFT TECHNOLOGIES, INC. and
7  SANDERS AIRCRAFT, INC.

8

9                     UNITED STATES DISTRICT COURT

10                    EASTERN DISTRICT OF CALIFORNIA

11                              -o0o-

12  AMERICAN NATIONAL PROPERTY AND      )   CASE No. 2:06-CV-00356-WBS-PAN
13  CASUALTY COMPANY, a Missouri        )
    corporation,                        )
14                                      )   STIPULATION AND [PROPOSED]
                    Plaintiff,          )   ORDER RE DISMISSAL OF
15                                      )   DEFENDANTS DENNIS SANDERS,
16             v.                       )   BRIAN SANDERS, SANDERS AIRCRAFT
                                        )   TECHNOLOGIES, INC. AND SANDERS
17  DRAGONFLY VENTURES, INC., a         )   AIRCRAFT, INC.
    California corporation and doing business as )
18  RANCHO ROTORS; CHESTER              )
    PETERSON, individually and doing business )
19  as Rancho Rotors; ALLEN L. MASON,   )
    SARA CATTO, individually and through her )
20  Guardian ad Litem, CRAIG CATTO,     )
21  KIMBERLY SANDERS, individually and as )
    guardian ad Litem for ELISE SANDERS, )
22  FLYING VIKINGS INCORPORATED;        )   Trial Date:    June 12, 2007
    DENNIS SANDERS, BRIAN SANDERS,      )
23  SANDERS AIRCRAFT TECHNOLOGIES,      )
    INC., SANDERS AIRCRAFT, INC. and    )
24  DOES 1 through 10, inclusive,       )
                                        )
25                  Defendants.         )
26  _____

27

28

STIPULATION AND ORDER RE DISMISSAL OF DEFENDANTS BRIAN SANDERS, DENNIS SANDERS, SANDERS AIRCRAFT
TECHNOLOGIES, INC. AND SANDERS AIRCRAFT, INC. - CASE No. 2:06-CV-00356

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff American National Property and Casualty Corporation and Defendants Dennis Sanders, Brian Sanders, Sanders Aircraft Technologies, Inc. and Sanders Aircraft, Inc. hereby agree that:

1.    Defendants Dennis Sanders, Brian Sanders, Sanders Aircraft Technologies, Inc. and Sanders Aircraft, Inc. take no position in this matter.  Through their counsel, Defendants Dennis Sanders, Brian Sanders, Sanders Aircraft Technologies, Inc. and Sanders Aircraft, Inc. specifically agree that they will be bound by the terms of whatever Declaratory Judgment may be entered in this matter as if they were parties to that Judgment, with the understanding that such Declaratory Judgment shall not impose any affirmative obligation on Defendants Dennis Sanders, Brian Sanders, Sanders Aircraft Technologies, Inc. or Sanders Aircraft, Inc., nor subject Defendants Dennis Sanders, Brian Sanders, Sanders Aircraft Technologies, Inc. or Sanders Aircraft, Inc. to any liability to Plaintiff or any other party in this action.

2.    The Court may enter an order dismissing Defendants Dennis Sanders, Brian Sanders, Sanders Aircraft Technologies, Inc. and Sanders Aircraft, Inc. without prejudice.

3.    Each side will bear its own costs and attorneys fees.

//
//
//
//
//
//
//
//

PDF created with pdfFactory trial version www.pdffactory.com

1  Dated:  April __27,_ 2007              **THE MORSE LAW GROUP**

2

3                                          ___/s/_____
                                           Jonathan S. Morse
4                                          Attorney for Plaintiff American National
                                           Property and Casualty Company
5

6

7

8  Dated:  April 30, 2007                  **CAULFIELD, DAVIES & DONAHUE, LLP**

9

10                                         ___/s/_____
                                           Robert E. Davies
11                                         Mary A. Stewart
                                           Attorneys for Defendants Dennis Sanders,
12                                         Brian Sanders, Sanders Aircraft
                                           Technologies, Inc. and Sanders Aircraft,
13                                         Inc.

14

15                                   **ORDER**

16      The parties having stipulated and good cause to me appearing:

17      It is hereby ORDERED that Defendants Dennis Sanders, Brian Sanders, Sanders

18  Aircraft Technologies, Inc. and Sanders Aircraft, Inc. be dismissed without prejudice, each

19  side to bear their own costs and attorney's fees.

20

21

22  Dated:  May 14, 2007

23

24                                         WILLIAM B. SHUBB
                                           UNITED STATES DISTRICT JUDGE

25

26

27

28

STIPULATION AND ORDER RE DISMISSAL OF DEFENDANTS BRIAN SANDERS, DENNIS SANDERS, SANDERS AIRCRAFT
TECHNOLOGIES, INC. AND SANDERS AIRCRAFT, INC. - CASE No. 2:06-CV-00356

PDF created with pdfFactory trial version www.pdffactory.com