1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, a Missouri corporation,<br><br>                                 Plaintiff,<br><br>vs.<br><br>DRAGONFLY VENTURES, INC., a California corporation and doing business as RANCHO ROTORS; CHESTER PETERSON, individually and doing business as Rancho Rotors; SARA CATTO, individually and through her Guardian ad Litem, CRAIG CATTO; KIMBERLY SANDERS, individually and as guardian ad Litem for ELISE SANDERS, FLYING VIKINGS INCORPORATED; DENNIS SANDERS, BRIAN SANDERS, SANDERS AIRCRAFT TECHNOLOGIES, INC.; SANDERS AIRCRAFT, INC.,<br><br>                                 Defendants. | CASE NO. 2:06-cv-00356<br><br>DECLARATORY JUDGMENT |

This Declaratory Relief Action arises out of an airplane accident that occurred on August 3, 2005 near the Rancho Murietta Airport (the "Accident"). As a result of the Accident, Sara Catto, through her guardian ad litem, commenced a civil action in the Superior Court of the State of California for Sacramento County

under Case No. 05AS04680 (the "Underlying Action"), alleging damages resulting from the Accident and seeking compensation for such damages.

For the reasons set forth in this Court's Oral Decision rendered in open court on June 21, 2007, the Court finds that it is appropriate that a Declaratory Judgment be rendered in this action in favor of plaintiff American National Property and Casualty Company (ANPAC) and against all defendants with respect to the liability claims made to ANPAC under the ANPAC Policy as a result of the Accident.

Now, therefore, the Court enters this DECLARATORY JUDGMENT, binding on all defendants, and establishing that ANPAC has no duty to defend or indemnify any person or entity in connection with any liability claims made by or on behalf of Sara Catto which arise out of the Accident, including but not limited to those claims made or referred to in the Underlying Action.

Dated:  July 2, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE